**FILED**

JUL 2 4 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**RICHARD PENA,**<br><br>    Defendant. | Case No.: 12CR0872-CAB<br><br>ORDER TO CONTINUE<br>SENTENCING HEARING |

    **IT IS HEREBY ORDERED**, that the sentencing hearing may be continued from July 27, 2012, at 9:00 a.m. to September 21, 2012 at 9:00 a.m.  Furthermore, the defendant shall file an acknowledgment of the next court date no later than Friday, July 27, 2012.

    **SO ORDERED.**

Dated: 7/24/12

_____
HON. CATHY ANN BENCIVENGO
United States District Judge

11CR1126